# Grimes v. The State.

APPEAL from Pike Criminal Court.

Tried before the HON. E. B. WILKERSON.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for carrying concealed weapons. The judgment of conviction is affirmed.

Opinion by HARALSON, J.